UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    **Luis M. Mayorga and**                      Case No: **16-12384-RBR**
    **Yolanda N. Mayorga**                       Chapter 13

              Debtors /

## MOTION TO MODIFY CONFIRMED FIRST AMENDED CHAPTER 13 PLAN

COMES NOW, Luis and Yolanda Mayorga, the Debtors, by and through undersigned counsel and files this Motion to Modify the First Amended Chapter 13 Plan and Confirm the Modified Plan, and in support thereof states as follows:

1. The Debtors filed a voluntary chapter 13 bankruptcy petition on February 22,, 2016 [D.E. 1];

2. The Debtors' First Amended Plan was confirmed on July 28, 2016 [D.E. 45].

3. On April 14, 2016, Debtors filed a Motion for Referral to Mortgage Modification Mediation [D.E. 30].

4. On May 3, 2016, Debtors filed a Notice of Selection of a Mortgage Modification Mediator. The Lender, Wells Fargo Bank, N.A./ Wells Fargo Home Mortgage (Wells Fargo) failed to contact the debtors within the prescribed period of time, thereby waiving their right to participate in the selection of a mediator. The debtors selected John E. Paige, Esquire as the mediator [D.E. 39].

5. A final Mortgage Modification Mediation conference was conducted on August 10, 2016. On September 13, 2016, the mediator filed a Final Report of Mortgage Modification Mediator, reflecting the outcome of the mediation conference, and that the parties were unable to reach an agreement. [D.E. 54].

6. Accordingly, the Debtors are requesting that they be allowed to modify the plan: i) to cure the arrears owed to Wells Fargo, and ii) maintain the continuing mortgage payment owed to Wells Fargo through the Chapter 13 Plan.

7. Debtors' have filed an Objection to the Proof of Claim filed on behalf of Wells Fargo Bank, N.A. due to a discrepancy in the amount claimed and the amounts showing as due in the creditor's attachment to the claim.

8. Debtors' First Modified Plan includes Debtors' good faith estimate of the arrearage amount owed to Wells Fargo, based on the attachment included with Wells Fargo's Proof of Claim. Upon resolution of Debtors' Objection to Wells Fargo's Claim, debtor will file a subsequent Modified Plan as necessary to conform with Wells Fargo's the Proof of Claim.

9. The proposed modifications to the plan are made in good faith.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order Confirming the Debtors' Modified Plan.

Respectfully Submitted:

/s/ Christian Panagakos
Christian Panagakos
FL Bar No.: 65579
Florida Bankruptcy Advisors, PL
1451 W. Cypress Creek Rd., Suite 300
Fort Lauderdale, FL 33309
Tel: 954-600-8990
Fax: 954-692-9070
Email: cp@floridabankruptcyadvisors.com
*Attorney for Debtors*

## ATTORNEY CERTIFICATION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

/s/ Christian Panagakos
Christian Panagakos
Attorney for Debtors
1451 W. Cypress Creek Road, Suite 300
Fort Lauderdale, Florida 33309
Phone: (954) 600-8990
Email: CP@FloridaBankruptcyAdvisors.com